IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | * <br> * | |
| v. | * | CR. NO. 04-10074-T |
| CLINT WALLACE<br>Defendant. | * | |

## MOTION TO CONTINUE SENTENCING and MOTION TO EXTEND TIME FOR FILING OF POSITION PAPER REGARDING SENTENCING

Comes now Defendant by and through appointed counsel and moves this Honorable Court to continue the sentencing presently set for Friday, May 20, 2005 and to allow additional time for Defendant to file his position regarding sentencing factors. In support of this motion Defendant would state:

1. Defendant waits sentencing following a plea. Defendant is on bond and continues to report to Pre Trial Services pending sentencing.

2. Defense counsel received a copy of the pre sentence report on April 26, 2005. Counsel has provided a copy to Defendant on May 17, 2005. Counsel believed a copy had been provided to Defendant earlier but determined that none had been forwarded to him. Counsel is in need of additional time in which to review the report with Defendant and to file Defendant's response.

3. Defense counsel will be out of the office the entire week of May 30, 2005 for attendance at a seminar. Government counsel will be out of the office the week of June 6, 2005.

4. Defense counsel has consulted with government counsel and there is no objection to the relief requested herein.

**MOTION GRANTED**
DATE: 18 May 2005

_James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/19/05

Premises considered, Defendant moves that the sentencing date be continued for the grounds set forth above. Defendant requests that the sentencing date be continued until the week of June 13, 2005 for the grounds set forth above.

days.

Respectfully submitted, this the ___19___ day of __May__ 2005.

M. Dianne Smothers [011874]
Assistant Federal Defender
109 S. Highland Ave., Rm. B-8
Jackson, TN 38301
731-427-2556

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by hand delivery or by mailing same, postage prepaid to the following:

Mr. Jerry Kitchen
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee, 38301

This the ___19___ day of __May__, 2005.

M. Dianne Smothers
Assistant Federal Defender

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:04-CR-10074 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT