IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                           Case No. 1:04cr10074-02

CLINT WALLACE

    Defendant.

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the ( $10,000/10%= $1000.00)appearance bond (receipt J27729) for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $1000.00, payable to: **Jim W. Wallace, 637 Lower Brownsville Road, Jackson, TN 38301**; in full refund of the cash appearance bond posted herein.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: *16 August 2005*

Approved:

THOMAS M. GOULD, CLERK OF COURT

BY:

    Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8/17/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 1:04-CR-10074 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT